IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAMUEL BRISKIN-RODRIGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INSURANCE,<br><br>*Defendant*. | No. 22-cv-3121 |

## REMOVAL STATEMENT

Defendant Travelers Personal Insurance Company ("Travelers"), which Plaintiff incorrectly named "Travelers Insurance,"[1] files this statement under this Court's Standing Order 2021-13.

**1. Service**. Plaintiff served Travelers with process on November 4, 2022 by filing the summons and complaint with the Maryland Insurance Administration. Travelers received the summons and complaint on November 18, 2022. *See* Notice of Removal ¶ 2.

**2. Diversity**. Plaintiff is a citizen of Maryland. Compl., Ex. A., ¶ 1 (describing Plaintiff as "a natural person . . . and a resident of Baltimore County, Maryland"). Travelers (the only defendant) is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Travelers is therefore a citizen of Connecticut, not Maryland.

**3. Removal After 30 Days from Service**. This case has been removed within 30 days of service. *See* Notice of Removal ¶ 2.

---

[1] The complaint names "Travelers Insurance" as the defendant. But according to the copy of Plaintiff's insurance attached to the complaint, he was insured by Travelers Personal Insurance Company. *See* Exhibit A to the State Court Complaint at D-1. Travelers knows of no corporate entity named "Travelers Insurance." Travelers is prepared to defend this action as the real party in interest.

4. **Removal After One Year from Filing**. This case has been removed less than one year after the action was commenced in State Court. *See* Notice of Removal ¶ 1.

5. **Other Defendants**. Travelers is the only defendant, so there are no defendants who must join or consent to removal. *See* Notice of Removal ¶ 3.

        Respectfully submitted,

        /s/ Joseph Dudek
        Steven M. Klepper (26664)
        Joseph Dudek (20261)
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202
        (410) 752-6030 telephone
        (410) 539-1269 facsimile
        jdudek@kg-law.com

        *Attorneys for Travelers*

## CERTIFICATE OF SERVICE

I certify that a copy of this notice, along with all exhibits, was served by email and prepaid first-class mail on December 2, 2022 upon:

    Matthew S. Evans, III
        mevans@msevanslaw.com
    Raymond E. Nicholas
        rnicholas@msevanslaw.com
    Jonathon C. Scruggs
        jscruggs@msevanslaw.com
    113 Cathedral Street
    Annapolis, Maryland 21401

*Attorneys for Plaintiff*

        /s/ Joseph Dudek
        Joseph Dudek (20261)