IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAMUEL BRISKIN-RODRIGUEZ, | * |
| Plaintiff | * |
| v. | * No. 1:22-cv-3121 |
| TRAVELERS INSURANCE, | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

The Court having considered the consent Motion to Extend Time for Filing, and finding good cause thereto, it is hereby this _____ day of February, 2023:

ORDERED, that the Deadlines as prescribed by this Court's Scheduling Order dated February 13, 2023 are AMENDED as follows:

March 27, 2023: Deadline for requests for modification of initial Scheduling Order

March 27, 2023: Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.)

March 27, 2023: Report about deposition hours

March 27, 2023: Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge

March 27, 2023: Deadline for conference about discovery of electronically stored information. (If either or both parties intend to take such discovery, before the conference counsel should review the Principles for the Discovery of Electronically Stored

Information in Civil Cases prepared by a Joint bench/bar committee published on the court's website.)

April 30, 2023: Moving for joinder of additional parties and amendment of pleadings

May 14, 2023: Plaintiff's Rule 26(a)(2) disclosures

June 15, 2023: Defendant's Rule 26(a)(2) disclosures

June 30, 2023: Plaintiff's rebuttal Rule 26(a)(2) disclosures

July 5, 2023: Rule 26(e)(2) supplementation of disclosures and responses

July 28, 2023: Discovery deadline; submission of status report

August 5, 2023: Requests for admission

August 28, 2023: Dispositive pretrial motions deadline

_____
The Hon. Stephanie A. Gallagher U.S.D.J.

Law Offices of Matthew S. Evans, III, LLC
/s/ Jonathon C. Scruggs
Jonathon C. Scruggs (29309)
113 Cathedral Street
Annapolis, Maryland 21401
jscruggs@msevanslaw.com
*Attorneys for Plaintiff*

KRAMON & GRAHAM, P.A.
/s/ Bradley M. Strickland
Bradley M. Strickland (21055)
Joseph Dudek (20261)
One South Street, Suite 2600
Baltimore, Maryland 21202
bstrickland@kg-law.com
jdudek@kg-law.com
*Attorneys for Defendant*