**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

May 1, 2023

Samuel Briskin-Rodriguez
5300 Dogwood Road
Gwynn Oak, MD 21207

      RE:    <u>Briskin-Rodriguez v. Travelers Insurance</u>
                  Civil Case No. SAG-22-3121

Dear Mr. Briskin-Rodriguez,

      Because the Court has permitted your counsel, Jonathon C. Scruggs, Esq., Matthew S. Evans, III, Esq., and Law Offices of Matthew S. Evans, III, LLC, to withdraw their appearance, and you are without counsel, I will stay this case for 30 days from the date of this letter to allow you time to find an attorney. If new counsel has not entered an appearance on the court's docket within 30 days, this case will proceed with you acting *pro se* (representing yourself). If you do not intend to seek new counsel, please notify the court in writing as soon as possible so that this case can proceed in accordance with the scheduling order in place.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                            Sincerely yours,

                                            /s/

                                            Stephanie A. Gallagher
                                            United States District Judge