# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAMUEL BRISKIN-RODRIGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INSURANCE,<br><br>*Defendant*. | No. 1:22-cv-3121-SAG |

## REVISED SCHEDULING ORDER

The Court has considered the Parties' Joint Motion to Modify Scheduling Order, and for good cause, sets the following remaining pretrial deadlines:

| | |
|---|---|
| January 19, 2024 | Defendant's Rule 26(a)(2) disclosures |
| February 2, 2024 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| February 12, 2024 | Rule 26(e)(2) supplementation of disclosures and responses |
| March 1, 2024 | Discovery deadline; submission of status report |
| March 8, 2024 | Requests for admission |
| April 12, 2024 | Dispositive pretrial motions deadline |

Dated:  September 29, 2023

/s/
Hon. Stephanie A. Gallagher
United States District Judge